## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF MISSISSIPPI
## GREENVILLE DIVISION

**KIMBERLY ANN LAMB**                                        **PLAINTIFF**

**v.**                                        **CIVIL ACTION NO.: 4:21-cv-85-JMV**

**Kilolo Kijakazi**
*Commissioner of Social Security*                                        **DEFENDANT**

### ORDER

Before the Court is Plaintiff's Motion to Dismiss Complaint [16]. In support of the motion, Plaintiff states, inter alia, that "Plaintiff no longer has intentions of pursuing her case in Federal District Court." Pursuant to FED. R. CIV. P. 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." The court, having been advised defendant does not oppose the motion, finds the motion should be granted for good cause shown. Therefore, it is **ORDERED** that the motion is granted, and this case is **DISMISSED**.

**SO ORDERED** this, February 16, 2022.

/s/ Jane M. Virden
**UNITED STATES MAGISTRATE JUDGE**